# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LORRAINE CASILLAS, | Case No.: 5:20-cv-00571-KK |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,200.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 25, 2021

*/s/ Kenly Kiya Kato*

THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Shannon Lorraine Casillas